# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

**CHRISTIN MARIE STORM**                         **CASE NO. 3:18-CV-00191**

**VERSUS**                                        **JUDGE TERRY A. DOUGHTY**

**ANDREW SAUL, COMMISSIONER,**                    **MAG. JUDGE KAREN L. HAYES**
**SOCIAL SECURITY ADMINISTRATION**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record in

this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is

**AFFIRMED** in its entirety, and therefore, this matter is hereby **DISMISSED WITH PREJUDICE**.

MONROE, Louisiana, this 24th day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE